UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20183-CR-BLOOM/OTAZO-REYES

18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

v.

JOHN ADRIAN BUCK II,

Defendant.
_____/

FILED BY _____ D.C.

MAY 03 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

**Conspiracy to Commit Money Laundering**
**(18 U.S.C. §1956(h))**

Beginning in or around March 2015, and continuing through in or around September 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JOHN ADRIAN BUCK II,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the United States Attorney, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1957, that is, to knowingly engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is:

(a)   An offense against a foreign nation, that is, a violation of the laws of Curacao against the importation of illegally mined gold and gold smuggling, with respect to which the

United States would be obligated to by a multilateral treaty, either to extradite the alleged offender or to submit the case for prosecution, if the offender were found within the territory of the United States; and

(b)     The entry of goods by means of false statements, in violation of Tile 18, United States Code, Section 542.

All in violation of Title 18, United States Code, Section 1956(h).

## **FORFEITURE ALLEGATIONS**

1.     The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JOHN ADRIAN BUCK II,** has an interest.

2.     Upon conviction of a conspiracy to commit a violation of Title 18, United States Code, Section 1957, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Sections 982(a)(1), and the procedures of Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
ANDREA GOLDBARG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.:

v.

JOHN ADRIAN BUCK II,

**CERTIFICATE OF TRIAL ATTORNEY***

_____/
      Defendant.

**Superseding Case Information:**

**Court Division** (select one)
 ☑ Miami    ☐ Key West   ☐ FTP
 ☐ FTL     ☐ WPB

New Defendant(s) (Yes or No) No
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)         (Check only one)
   I   ☑ 0 to 5 days      ☐ Petty
   II   ☐ 6 to 10 days      ☐ Minor
   III   ☐ 11 to 20 days      ☐ Misdemeanor
   IV   ☐ 21 to 60 days      ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge Altman        Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge Gayles        Case No. 21-20529-CR-DPG
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the      District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
WALTER M. NORKIN
Assistant United States Attorney
FLA Bar No.   A5502189

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOHN ADRIAN BUCK II

**Case No:**

Count #: 1

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

*Max. Penalty: 10 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| JOHN ADRIAN BUCK II, | ) |
| | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/03/2022

*Defendant's signature*

*Signature of defendant's attorney*

Robert Franklin
*Printed name of defendant's attorney*

*Judge's signature*

ALICIA M. OTAZO-REYES, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*