UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20183-CR-BLOOM

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

**JOHN ADRIAN BUCK II**,

        Defendant
_____/

### JOINT MOTION
### TO FILE JOINT MOTION TO TERMINATE
### PROBATION UNDER SEAL

The parties, Defendant, **John Adrian Buck III**, through counsel, and the United States of America, file this their Joint Motion to File a Joint Motion to Terminate Defendant's Probation, under seal, and as grounds, state the following:

1. Defendant Buck ("Buck") was granted a Rule 35 motion in this case and re-sentenced to a period of 2 years probation on October 20, 2023, and has served more than 14 months on this probationary term.

2. The parties have a agreed on a Joint Motion to Terminate Defendant's Probation.

3. Pursuant to Local Rule 5.4, a "party seeking to file information or documents under seal in a civil or criminal case shall: " . . . in a case that is not otherwise sealed in its entirety as permitted or required by federal law, file and serve electronically via CM/ECF a motion to file under seal that sets forth the factual and legal basis for departing from the policy that Court filings are public and that describes the information or documents to be sealed (the

"proposed sealed material") with as much particularity as possible, but without attaching or revealing the content of the proposed sealed material. The proposed sealed material shall not be filed unless the Court grants the motion to file under seal. The motion to file under seal shall specify the proposed duration of the requested sealing."

4. In this case, the parties request that the motion be sealed for a period of two (2) years, unless later requested to extend the sealing period.

5. The parties request that this Court allow the motion to be sealed because disclosure to the public of highly sensitive information could impinge on the defendant's safety.

6. The parties agree that safety is an issue that is raised in the Joint Motion to Terminate Probation.

7. Since his sentencing, Buck has been supervised by Tanya Okun, with U.S. Probation, who also agrees to the sealing of the aforementioned motion.

8. AUSA Jonathan Stratton is now assigned to this case and has advised that he supports this Joint Motion to Seal the Joint Motion to Terminate Probation..

**WHEREFORE**, the parties jointly request that this Court permit the filing of a sealed Motion to Terminate Probation.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Joint Motion to Seal the Joint Motion to Terminate Probation, has been filed under CM/ECF and furnished to all parties, on this 13th day of January, 2025.

Respectfully submitted,

*Valentin Rodriguez*

_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
2465 Mercer Avenue, Suite 301
West Palm Beach, FL  33401
(561) 832-7510
Fla Bar No.  047661
defend@bellsouth.net

Counsel for Defendant Buck